M. P. No. 78-403. BEATRICE B. BAZARSKY *v.* NATHAN FEIGELMAN. The petition for writ of certiorari is denied. *N. Jameson Chace,* for plaintiff-respondent. *Smith & Smith, Inc., Z. Hershel Smith,* for defendant-petitioner.

APPEAL No. 77-173. EDWARD RAYMOND *et al. v.* JAY ARTHUR JENARD *et al.* Plaintiffs' petition to reargue is denied. *Guy J. Wells, Robert H. Newman,* for petitioners. *David P. Whitman, A. Lauriston Parks, Kenneth R. Neal,* for respondents.

APPEAL No. 78-359. ANTHONY MARSHALL *v.* KAISER ALUMINUM & CHEMICAL CORP. This is an employer's motion which seeks a stay of the operation and effect of a final decree of the Workers' Compensation Commission holding the employer in contempt. The contempt arises from the employer's December 1976 unilateral termination of dependancy benefits paid to an employee with respect to a minor daughter who had attained her majority in December 1973.

The employer's motion is granted, and the appeal is assigned to the February calendar. No extensions of the briefing periods are to be granted. Mr. Justice Doris dissents. *Raul L. Lovett,* for petitioner. *Quinn, Cuzzone & Geremia, Cameron P. Quinn,* for respondent.

December 6, 1978.

M. P. No. 78-435. KAISER ALUMINUM & CHEMICAL CORPORATION *v.* WORKER'S COMPENSATION COMMISSION. All proceedings before the respondent Commission in the case of "Raymond M. Castigliego v. Kaiser Aluminum and Chemical Corporation" WCC No. 78-1683 are stayed pending the full court's consideration of the within petition. *Quinn, Cuzzone & Geremia, John F. Cuzzone, Jr.,* for petitioner. *Raul L. Lovett,* for respondent.